GORDON L. SOMMERS v. DIVERSIFIED ACTIVITIES
AND ANOTHER.

228 N. W. 2d 580.

April 18, 1975—No. 45120.

*Ronald O. W. Ylitalo*, for relators.
*Thomas R. Longfellow*, for respondent.

Per Curiam.

Relators seek review of a decision of the Workmen's Compensation Commission awarding the employee continued benefits for permanent and total disability. They challenge several of the commission's factual findings. We have carefully reviewed this record and find that the commission's findings are supported by substantial evidence.[1]

Affirmed.

_____
[1] See, Strei v. Church of St. Joseph, 290 Minn. 565, 188 N. W. 2d 879 (1971); Minn. St. 15.0425 (e).